**The Application is granted, and retention is approved, only to the extent that the law firm provides services that are necessary and beneficial to the estate and that are not the performance of the statutory duties of the Trustee, consistent with In re McConnell, 2021 WL 203331 (Bankr. N.D. Ga. Jan. 4, 2021).**

**IT IS ORDERED as set forth below:**



Date: February 11, 2022

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| In Re: | CASE NO. 21-50860-pwb |
|---|---|
| **DORIS ROSETTA COOPER,** | CHAPTER 7 |
| Debtor. | |

**ORDER**

This matter arose on the Application of John Lewis Jr., in his capacity as Chapter 7 Trustee ("**Trustee**") in the above-captioned bankruptcy case (the "**Case**") for the bankruptcy estate (the "**Estate**") of Doris Rosetta Cooper (the "**Debtor**"). The Trustee filed an application for appointment of Rountree Leitman & Klein, LLC ("**Rountree Leitman & Klein**") as attorneys for the Trustee (the "**Application**") during the period of his service as Trustee in the Case. The Application and accompanying Affidavit of William A. Rountree demonstrate that Rountree

Leitman & Klein is a firm of attorneys qualified to practice in this Court, that Rountree Leitman & Klein is disinterested and represents no interest adverse to the Debtor or the Estate. The U.S. Trustee has been served with the Application. As this Case justifies employment of a professional for the purpose specified, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014, the Application is GRANTED. The Trustee is authorized to employ Rountree Leitman & Klein as attorneys to the Trustee in this Case during the period of his service as Trustee. It is further

ORDERED that compensation may be paid and expenses reimbursed to Rountree Leitman & Klein upon notice, hearing and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, of an appropriately detailed application. It is further

ORDERED that this Order is entered subject to the objection of the United States Trustee, which objection must be filed with the Court within twenty-one (21) days after the entry hereof.

### ### END OF ORDER ###

**Prepared and presented by:**

**ROUNTREE LEITMAN & KLEIN, LLC**

*/s/ Elizabeth A. Childers*
William A. Rountree, Ga. Bar No. 616503
Elizabeth A. Childers, Ga Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
echilders@rlklawfirm.com
*Attorneys for Trustee*

**Distribution List**

John Lewis, Jr.
John Lewis, Chapter 7 Trustee
Shook, Hardy & Bacon, LLP
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309

E. L. Clark
Clark & Washington, LLC
Bldg 3
3300 Northeast Expressway
Atlanta, GA 30341

Doris Rosetta Cooper
6603 Church Street
Apt. D4
Riverdale, GA 30274

William A. Rountree
ROUNTREE LEITMAN & KLEIN, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303