Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 21-50860 PWB  
**Case Name:** Doris Rosetta Cooper  
**Period Ending:** 03/31/24  

**Trustee:** John Lewis Jr.  
**Filed (f) or Converted (c):** 02/01/21 (f)  
**§341(a) Meeting Date:** 03/15/21  
**Claims Bar Date:** 11/01/21  

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Jeep Renegade 2020 6,200 miles | 27,836.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1 BR, LR & All Major Kitchen Appliances | 200.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2 TVs, DVD Player, Desktop, Laptop, Printer & 1 Cellphone | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 4 | Clothes/Shoes/Purses | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 5 | Real & Costume Jewelry | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Blood Pressure Machine | 40.00 | 0.00 | OA | 0.00 | FA |
| 7 | Cash on hand | 2.00 | 0.00 | OA | 0.00 | FA |
| 8 | Checking Accounts: Bank of America | 1.00 | 1.00 | OA | 0.00 | FA |
| 9 | Savings Accounts Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Accounts PNC Bank | 54.00 | 0.00 | OA | 0.00 | FA |
| 11 | Checking Accounts PNC Bank | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | Savings Accounts PNC Bank | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Checking Accounts Woodforest Bank | 0.00 | 0.00 | OA | 0.00 | FA |
| 14 | New York Life - Whole | 200.00 | 0.00 | OA | 0.00 | FA |
| 15 | Colonial Penn - Whole Life | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | Personal Injury Claim | Unknown | Unknown | | 0.00 | 1.00 |
| | **TOTALS** (Excluding Unknown Values) | **$33,033.00** | **$1.00** | | **$0.00** | **$1.00** |

**Major activities affecting case closing:**  
<4/28/2024, 2:51:18 PM - ShanekaR-630>  
Email to Trustee attorneys to follow up with Nugent--  
regarding the order was entered over 2 years ago. Attorneys to provide an update within a week.  
<11/6/2023, 4:21:13 PM - ShanekaR-630>  
We have employed special counsel Ken Nugent and are still waiting for him to provide the information to file the 9019 Motion.  
<4/22/2023, 6:05:25 PM - ShanekaR-630>  
Motion to Approve Compromise will be prepared by Rountree.

| | |
|---|---|
| FORM 1 | Page: 2 |
| INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT | |
| ASSET CASES | |

<10/29/2022, 2:24:21 PM - ShanekaR-630>
 Counsel (Rountree) and special counsel (Nugent) employed.  Settlement approval motion is the next action item. The PI firm, Ken Nugent, has not been responding to communications. We follow up again today.

<4/9/2022, 12:17:39 PM - ShanekaR-630>
Applications to Employ Ken Nuget as Special Counsel and William Rountree as Attorney for Trustee filed and approved. Rountree will prepare 9019 Motion.

9/30/2021 Trustee has reached a settlement with Debtor's PI attorney for $100K. The settlement is being held in PI attorney's trust account. An application to employ special counsel and a motion to approve settlement will be filed. The bar date will expire 11/1/2021.

**Initial Projected Date of Final Report (TFR):** February 28, 2022           **Current Projected Date of Final Report (TFR):** December 31, 2024

|  April 28, 2024  | /s/ John Lewis Jr. |
|:---:|:---:|
| Date | John Lewis Jr. |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 1

No Accounts for this Case