## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISON

In re: )
)
DORIS ROSETTA COOPER ) Case No. 21-50860-PWB
) Chapter 7
)
)
*Debtor(s).* )

---

### NOTICE OF RESIGNATION OF APPOINTMENT AS TRUSTEE

---

Comes John Lewis, Jr., Interim Trustee for the above-referenced estate, and respectfully resigns as Trustee because I have resigned from the panel and cannot complete the administration of the estate,

Dated: July 23, 2024

*/s/ John Lewis Jr.*
JOHN LEWIS JR., Chapter 7 Trustee
GA Bar No. 450880
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
Tel: (470)867-6003
email: jolewis@shb.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of July, 2024, I electronically filed the foregoing **Notice of Resignation of Appointment as Trustee** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Caitlyn Powers
William A. Rountree

I further certify that on this day I caused a copy of this document to be served via United States first class mail, with adequate postage prepaid on the following parties at the address shown for each.

E. L. Clark
Clark & Washington, LLC
Bldg 3
3300 Northeast Expressway
Atlanta, GA 30341

Doris Rosetta Cooper
6603 Church Street
Apt. D4
Riverdale, GA 30274

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Dated: 7/23/2024

/s/ *John Lewis Jr.*
John Lewis Jr., Chapter 7 Trustee
GA Bar No. 450880
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
Tel: (470)867-6003
email: jolewis@shb.com