# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 21-50860-PWB  
**Case Name:** DORIS ROSETTA COOPER  

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 02/01/2021 (f)  
**§ 341(a) Meeting Date:** 08/27/2024  

**For Period Ending:** 09/18/2024  

**Claims Bar Date:** 11/01/2021  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | |
|---|---|---|---|---|---|---|---|
| 1 | Jeep Renegade 2020 6,200 miles | 27,836.00 | 0.00 | OA | 0.00 | | FA |
| 2 | 1 BR, LR & All Major Kitchen Appliances | 200.00 | 0.00 | OA | 0.00 | | FA |
| 3 | 2 TVs, DVD Player, Desktop, Laptop, Printer & 1 Cellphone | 1,200.00 | 0.00 | OA | 0.00 | | FA |
| 4 | Clothes/Shoes/Purses | 1,500.00 | 0.00 | OA | 0.00 | | FA |
| 5 | Real & Costume Jewelry | 2,000.00 | 0.00 | OA | 0.00 | | FA |
| 6 | Blood Pressure Machine | 40.00 | 0.00 | OA | 0.00 | | FA |
| 7 | Cash on hand | 2.00 | 0.00 | OA | 0.00 | | FA |
| 8 | Checking Accounts: Bank of America | 1.00 | 0.00 | OA | 0.00 | | FA |
| 9 | Savings Accounts Bank of America | 0.00 | 0.00 | | 0.00 | | FA |
| 10 | Checking Accounts PNC Bank | 54.00 | 0.00 | OA | 0.00 | | FA |
| 11 | Checking Accounts PNC Bank | 0.00 | 0.00 | OA | 0.00 | | FA |
| 12 | Savings Accounts PNC Bank | 0.00 | 0.00 | OA | 0.00 | | FA |
| 13 | Checking Accounts Woodforest Bank | 0.00 | 0.00 | OA | 0.00 | | FA |
| 14 | New York Life - Whole | 200.00 | 0.00 | OA | 0.00 | | FA |
| 15 | Colonial Penn - Whole Life | 0.00 | 0.00 | OA | 0.00 | | FA |
| 16 | Personal Injury Claim | Unknown | 1.00 | | 0.00 | | 20,000.00 |
| **16** | **Assets       Totals**   (Excluding unknown values) | **$33,033.00** | **$1.00** | | **$0.00** | | **$20,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 21-50860-PWB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** DORIS ROSETTA COOPER | **Date Filed (f) or Converted (c):** 02/01/2021 (f) |
| | **§ 341(a) Meeting Date:** 08/27/2024 |
| **For Period Ending:** 09/18/2024 | **Claims Bar Date:** 11/01/2021 |

**Major Activities Affecting Case Closing:**

<4/28/2024, 2:51:18 PM - ShanekaR-630>
Email to Trustee attorneys to follow up with Nugent--
regarding the order was entered over 2 years ago. Attorneys to provide an update within a week.
<11/6/2023, 4:21:13 PM - ShanekaR-630>
We have employed special counsel Ken Nugent and are still waiting for him to provide the information to file the 9019 Motion.
<4/22/2023, 6:05:25 PM - ShanekaR-630>
Motion to Approve Compromise will be prepared by Rountree.

<10/29/2022, 2:24:21 PM - ShanekaR-630>
 Counsel (Rountree) and special counsel (Nugent) employed. Settlement approval motion is the next action item. The PI firm, Ken Nugent, has not been responding to communications. We follow up again today.

<4/9/2022, 12:17:39 PM - ShanekaR-630>
Applications to Employ Ken Nugent as Special Counsel and William Rountree as Attorney for Trustee filed and approved. Rountree will prepare 9019 Motion.

9/30/2021 Trustee has reached a settlement with Debtor's PI attorney for $100K. The settlement is being held in PI attorney's trust account. An application to employ special counsel and a motion to approve settlement will be filed. The bar date will expire 11/1/2021.

6/30/2024 - Discussions with Ken Nugent regarding settlement in the amount of $20,000, which should be sufficient to pay claims in full.

7/23/2024 - Trustee Lewis' Rejection of Appointment.

9/18/2024 - Rule 9019 motion being prepared to settle for $20,000. Funds will likely be available to pay unsecured creditors in full. Upon settlement and preparation of Bankruptcy estate tax returns, Trustee will submit his Final Report.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/28/2022 | **Current Projected Date Of Final Report (TFR):** | 12/31/2024 |